**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ROBERT SMITHSON, | : | No. 132 EM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY PENNSYLVANIA, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of January, 2018, the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.